# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

127590

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VERIZON NORTH, INC., and CONTEL OF
THE SOUTH, INC., d/b/a VERIZON NORTH
SYSTEMS,
         Appellees,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
         Appellant,
and

COMPETITIVE LOCAL EXCHANGE
CARRIERS ASSOCIATION OF MICHIGAN,
SBC, TELECOMMUNICATIONS
ASSOCIATION OF MICHIGAN, AT&T
COMMUNICATIONS OF MICHIGAN, INC.,
TCG DETROIT and WORLDCOM,
         Appellees.

SC: 127590
COA: 246691
MPSC: 00-013013

_____/

On order of the Court, the application for leave to appeal the September 16, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

Clerk

t1012